

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York  10018
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

Writer's direct phone
(212) 218-3507

Writer's e-mail
gusenheimer@seyfarth.com

October 18, 2018

**VIA ECF**

The Hon. Judge Cathy Seibel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re:    <u>Case No. 7:17-cv-09459 (CS)</u>
                <u>Diaz v. Steps in Home Care, Inc.</u>

Dear Judge Seibel:

      This firm represents Steps in Home Care, Inc. ("Defendant") in the above-referenced action. We write with the consent of Plaintiff's counsel to respond to the Court's October 12, 2018 Order on Motion for Settlement (the "Order").

      In response to the Court's Order, the Parties have revised and re-executed an amended Settlement Agreement that takes into consideration the Court's concerns that the scope of release in the proposed Settlement Agreement extended beyond wage and hour claims.  The Parties revised Paragraph 5 by eliminating language that purported to release Plaintiff's right to recover money in connection with a charge or investigation filed with the U.S. Securities and Exchange Commission. The amended Settlement Agreement now clarifies in Paragraph 5 that Plaintiff is waiving her right to recover money in connection with a charge filed by any other individual or governmental entity with respect to the Released Claims, only, as defined in Paragraph 2.

WASHINGTON, D.C.   SYDNEY   SHANGHAI   SAN FRANCISCO   SACRAMENTO   NEW YORK   MELBOURNE   LOS ANGELES   LONDON   HOUSTON   HONG KONG   CHICAGO   BOSTON   ATLANTA



  The Parties respectfully request that the Court consider this amended Settlement Agreement for approval.

         Very truly yours,

         SEYFARTH SHAW LLP

         */s/ Gena Usenheimer*

         Gena Usenheimer

GU